**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Judge:     Hon. Marc Barreca
Chapter:    7

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

**In re:**

**KENNETH R. LORENZ and
KAREN A. LORENZ,**

              **Debtors**.

**Case No. 14-12159-MLB**

AGREED ORDER EXTENDING
DEADLINE TO OBJECT TO DISCHARGE

As evidenced by the signatures below, Edmund J. Wood, Trustee, and Kenneth R.

Lorenz and Karen A. Lorenz ("the Debtors"), agree to entry of this order extending the

deadline for The United States Trustee, the Chapter 7 Trustee and all creditors to file

objections to discharge pursuant to 11 U.S.C. §§ 523 and 727 of the Bankruptcy Code in

the above referenced case.

Based upon the foregoing,

AGREED ORDER EXTENDING DEADLINE TO
OBJECT TO DISCHARGE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

1       IT IS HEREBY ORDERED THAT the deadline for the United States Trustee, the

2 Chapter 7 Trustee, and all creditors of the debtor to file motions to extend the discharge

3 deadline under both §§523 and 727 of the Bankruptcy Code is hereby extended to and

4 including August 6, 2014, without prejudice to file further motions to extend the discharge

5 deadline.

6

7                               // END OF ORDER//

8 Presented by:

9 WOOD & JONES, P.S.

10

11 /s/ Denice E. Moewes
Denice E. Moewes, WSBA#19464
Attorney for Chapter 7 Trustee

12 Edmund J. Wood

13 Agreed as to form and content; notice of presentation waived:

14

15 OLES MORRISON RINKER & BAKER LLP

16 /s/ Jeffrey L. Smoot
Jeffrey L. Smoot, WSBA #39335

17 Attorney for Debtors

18

19

20

21

22

23

24

25

26

27

28

29

AGREED ORDER EXTENDING DEADLINE TO
OBJECT TO DISCHARGE

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382