# WESTERN VAN & STORAGE
## DIVISION OF WESTERN VAN LINES
### 8521 S. 190TH ST KENT, WA 98031
### (425) 251-3400

# Statement

STATEMENT DATE   4/09/16

NOTICE: ALL CHARGES MUST BE PAID AND THE WAREHOUSE RECEIPT SURRENDERED BEFORE GOODS WILL BE DELIVERED FROM STORAGE. STORAGE CHARGES ARE DUE AND PAYABLE IN ADVANCE EACH MONTH. ALL STORAGE CHARGES ARE ASSESSED ON A MONTHLY BASIS.

NOLD MUCHINSKY PLLC
BELLEVUE PLACE SUITE 930
10500 NE 8TH STREET
BELLEVUE, WA  98004

STORAGE PAYMENT DUE WITHIN THIRTY DAYS.

| Date | Order# | Description / Shipper Name | Credits | Charges |
|---|---|---|---|---|
| 4/08/16 | 5264 | KCS KEVIN JANUSZ V LA STRU.NW  Ref# WV66913 INVOICE | | 8,190.45 |

RECEIVED
MAY 1 2 2016
NOLD MUCHINSKY PLLC
ATTORNEYS AT LAW

PLEASE REMIT TO: 8521 SOUTH 190TH STREET, KENT, WA 98031      **Total**   8,190.45

Accounts over 30 days are subject to
interest charges of 1.5% per month
which is an 18.0% annual percentage rate

# WESTERN
## VAN & STORAGE
DIVISION OF WESTERN VAN LINES, INC.
8521 S. 190TH ST. KENT, WA 98031 (425)251-3400
patd@westernvan.com

# Invoice

**Invoice Number**

NOLD MUCHINSKY PLLC
BELLEVUE PLACE SUITE 930
10500 NE 8TH   STREET
BELLEVUE, WA   98004

**Invoice Date**  5/06/16

**Order Number**  H16533-05% 

**Reference**  5264

**Customer Number**  NOLD

| Shipper | From | To | Salesman |
|---|---|---|---|
| KCS KEVIN JANUSZ V LA STRU.NW | KENT WA | | 1 |

| Service Code | Description | Quantity or Weight | Rate | Charges & Credits |
|---|---|---|---|---|
| STG1 | MONTHLY STORAGE 5/1 to 5/31   Y | 13420 | 4.00 CW | 536.80 |
| VAL1 | MONTHLY VALUATION 5/1 to 5/31 Y | | 0.90 M | 130.00 |

> RECEIVED
> MAY 1 2 2016
> NOLD MUCHINSKY PLLC
> ATTORNEYS AT LAW

Accounts over 30 days are subject to
Interest charges of 1.5% per month
which is an 18.0% annual percentage rate

**Total**  666.80